# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Clifton Allen
LaSalle Corr. Ctr. Dorm-C DOC No. 209546
15976 Hwy 165
Olla LA 71465-4801

## REHEARING ACTION: April 9, 2014

**Docket Number: 13   01229-KH**

**STATE OF LOUISIANA**
**VERSUS**
**CLIFTON ALLEN**

**Writ Application from Calcasieu Parish Case No. 20904-11**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Jimmie C. Peters**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Clifton Allen** has this day been

    **DENIED.**

cc: John Foster DeRosier, Counsel for the Respondent